USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARTURO STEVEZ, ~~ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,~~

                              Plaintiff,

-against-

PIERMONT WEALTH MANAGEMENT INC.,

                              Defendant.
-----------------------------------------------------------------X

Civil Action No.:
21-cv-06471 (VEC)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED,** that although Defendant denies the Website's status as a "place of public accommodation", Defendant is committed to continuing to improve the accessibility of its Website: http://www.piermontwealth.com, and will continue to make reasonable efforts to improve the Website pursuant to the Web Content Accessibility Guidelines (WCAG) 2.1 Levels A and AA by December 1, 2022.

**IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Website shall be permitted to link to web content owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The term "Third-Party Content" refers to web content that is not

- 10 -

developed, owned, or operated by Defendant. The Parties agree Defendant is not responsible for the accessibility of such Third-Party Content.

**IT IS FURTHER STIPULATED AND AGREED,** that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or any U.S. Circuit Court of Appeals recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard before 12/1/2022, Defendant will commence reasonable and necessary efforts to maintain standards within the time frames set forth in the law, guidelines, or regulations.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York
Dec 7, 2021

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

Jennifer E. Sherven, Esq.
Taylor M. Ferris, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated:   New York, New York
Nov. 24, 2021

GOTTLIEB & ASSOCIATES
*Attorneys for Plaintiff*

Jeffrey M. Gottlieb, Esq.
Dana L. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
T: (212) 228-9795

**SO ORDERED:**
Date: December 10, 2021

4893-4958-1569, v. 1